IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTHAMAE BROWN, | : | CIVIL ACTION |
| Plaintiff, | : | No. 02-2660 |
| v. | : | |
| EQUICREDIT CORPORATION, | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Barbara Kiely, Esquire, on behalf of the Defendant EquiCredit Corporation in the above-referenced action.

REED SMITH LLP


By: _____
   Barbara Kiely, Esquire
   Attorney I.D. No. 88832
   2500 One Liberty Place
   1650 Market Street
   Philadelphia, PA 19103
   (215) 851-8100

   Attorneys for Defendant
   EquiCredit Corporation

Dated: September 16, 2002

**CERTIFICATE OF SERVICE**

I, Peggy B. Greenfeld, hereby certify that on this 16th day of September, 2002, caused a true and correct copy of the foregoing Entry of Appearance of Barbara Kiely on the following counsel of record via first-class U.S. mail, postage prepaid:

David Banks, Esquire
BANKS & BANKS
3038 Church Road
Lafayette Hill, PA 19444

David M. Cedar, Esquire
Merovitz & Cedar, LLP
1234 Market Street, Suite 2040
Philadelphia, PA 19107-3789

By: _____
Peggy B. Greenfeld