```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| RUTHAMAE BROWN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EQUICREDIT CORPORATION | : | NO. 02-2660 |

ORDER

AND NOW, this      day of November, 2002, it is hereby ORDERED that the joint motion for extension of time (Document #17) is GRANTED.  <u>See</u> Third Scheduling Order dated November 25, 2002.

```
                              BY THE COURT:


                              _____
                                                           J.
```